# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jose Ernesto Razo-Gamboa,<br><br>Petitioner,<br><br>v.<br><br>Eric Rokosky, et al.,<br><br>Respondents. | No. CV-26-01650-PHX-DJH (ASB)<br><br>**ORDER** |

Petitioner challenged his immigration detention and argued he was entitled to a pre-deprivation hearing before being redetained. (Doc. 1.) The Court directed Respondents to show cause why the Petition should not be granted (Doc. 3.)  Respondents' responded that "Undersigned counsel is unable to ascertain sufficient facts at this time to establish the current status of Petitioner's removal proceedings. As such, Respondents do not oppose Petitioner's request for release at this time." (Doc. 5.)

The Court accepts this concession as non-opposition to granting Petitioner's habeas corpus petition on his due process claim.  Any remaining portions of the Petition will be denied as moot.

**IT IS THEREFORE ORDERED** Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his due process claim.  The Petition is otherwise denied as moot.

**IT IS FURTHER ORDERED** Respondents must **immediately release** Petitioner from custody under the same conditions that existed before his detention.

**IT IS FURTHER ORDERED** Respondents must provide a notice of compliance

within two business days of Petitioner's release.

**IT IS FINALLY ORDERED** any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 20th day of March, 2026.

Honorable Diane J. Humetewa
United States District Judge

- 2 -